UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

BRENDA JOY SHAW

    CASE NO.:

    Plaintiff,

vs.

BIMINI SUPERFAST OPERATIONS, LLC,
a foreign corporation
d/b/a  RESORTS WORLD BIMINI
SUPERFAST CRUISES BAHAMAS,

    Defendant.
_____/

## COMPLAINT

**COMES NOW**, Plaintiff, BRENDA JOY SHAW by and through her undersigned counsel, and sues the Defendant, BIMINI SUPERFAST OPERATIONS, LLC d/b/a RESORTS WORLD BIMINI SUPERFAST CRUISES BAHAMAS (hereinafter "BIMINI SUPERFAST") and states:

1. This is a maritime action for personal injury damages.

2. That Defendant, BIMINI SUPERFAST is a Florida corporation, authorized to do, and doing business, in the State of Florida, and did business in Florida as RESORTS WORLD BIMINI SUPERFAST CRUISES BAHAMAS providing cruising voyages to paying passengers, and owned and/or operated a cruising vessel known as "BIMINI SUPERFAST".

3. That jurisdiction is proper in this Court pursuant to 28 U.S.C. §1333, which provides original jurisdiction to the United States District Court, exclusive of state courts,

SHAW, BRENDA V. RESORTS WORLD BIMINI BAHAMAS
Case No:
Page 2 of 4

of "any civil case of admiralty or maritime jurisdiction, saving to suitors in all cases all other remedies to which they are otherwise entitled."

4. That venue is proper in the Southern District of Florida, in that Defendant's principal place of business is in Miami, Florida, and this action arose from injuries sustained on a sea-going cruise that originated from Miami, Florida.

5. That Defendant has agreed, in writing, that jurisdiction and venue are proper in the Southern District of Florida under the terms of the cruise ticket tendered by Defendant, to Plaintiff BRENDA JOY SHAW. A copy of said cruise ticket is in the possession of Defendant.

6. That on December 25, 2014, Plaintiff, BRENDA JOY SHAW was a fare-paying passenger on the vessel, that was at all times material hereto, a vessel owned and operated by Defendant, BIMINI SUPERFAST.

7. That on December 25, 2014, Plaintiff, BRENDA JOY SHAW was a business invitee upon the vessel owned and operated by Defendant, having coming onto the vessel to make use of the facilities.

8. That on December 25, 2014, Plaintiff was boarding the vessel with her baggage.

9. That on December 25, 2014, Plaintiff was instructed by an employee of the Defendant to use the escalator to board the vessel with her baggage instead of using an elevator.

10. That on December 25, 2014, at approximately 5:00PM, Plaintiff was injured when she proceeded to get on the escalator, she grabbed the handrail with her right

hand and she grabbed the handrail with her left, her hand slipped due to a soapy substance and she fell on the left side of her body. There was very poor lighting.

11. That the escalator, and all of its attendant attractions, is owned and operated by Defendant.

12. That at the aforementioned time and place, the Defendant, through its agents and/or employees, was negligent in the following acts of commission and/or omission:

    a. Failure to properly maintain the escalator and the cruising vessel in a reasonably safe condition for use by Plaintiff and others similarly situated.

    b. Failure to properly supervise its staff to maintain the escalator and the cruising vessel in a reasonably safe condition for use by Plaintiff and others similarly situated.

    c. Failure to correct a dangerous condition of which it either knew or should have known through the use of reasonable care.

    d. Failure to warn the Plaintiff, BRENDA JOY SHAW, of the existence of a dangerous condition on Defendant's escalator, of which the Defendant either knew or should have known through the use of reasonable care.

    e. Failure to correct the dangerous condition, despite repeated accidents and injuries similar to that of Plaintiff, BRENDA JOY SHAW.

    f. Failure to exercise reasonable care under the circumstances.

13. That as a direct and proximate result of the aforementioned negligence on the part of Defendant, Plaintiff, BRENDA JOY SHAW, was injured in and about her body

SHAW, BRENDA V. RESORTS WORLD BIMINI BAHAMAS
Case No:
Page 4 of 4

and extremities; was caused great physical pain and mental suffering, and will, within reasonable medical probability, suffer said impairment of her earning ability in the future; has suffered physical and mental losses and impairments which are, within a reasonable degree of medical probability, permanent and/or continuing in nature, and will suffer said losses and impairments in the future; has been caused to expend money for the treatment of her injuries and will, in the future, be caused to expend further monies for treatment of her injuries.

WHEREFORE Plaintiff, BRENDA JOY SHAW, demands judgment for damages against Defendant, .

## DEMAND FOR JURY TRIAL

Plaintiff, BRENDA JOY SHAW, hereby demands trial by jury of all issues triable as of right by a jury.

Dated this 11th, of December, 2015.

LaBovick Law Group
5220 Hood Road, Suite 200
Palm Beach Gardens, FL 33418
(561) 625-8400 - Telephone
(561) 370-6412 – Facsimile
Email: PHunt@labovick.com
Secondary Email:
CVargas@labovick.com

By: _____
Peter R. Hunt, Esq.
Florida Bar No. 107350